**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:19-CR-04065-RK-1 |
| | ) | |
| LOUGENE THOMAS, JR., | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Before the Court is the Report and Recommendation (doc. 40) prepared by Magistrate Judge Willie J. Epps, Jr., on February 18, 2021. After an independent review of the record, the Court adopts Judge Epp's recommendation and concludes that an order DENYING Defendant Lougene Thomas, Jr.'s pro se Motion to Suppress (doc. 39) and DENYING AS MOOT the Motion for Hearing (doc. 38), be entered. The Report and Recommendation (doc. 40) shall be attached to and made a part of this Order.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: March 2, 2021